1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNICHAPPELL MUSIC, INC., *etc.*, | Case No. 2:14-CV-2382-DDP (PLAx) |
| Plaintiff, | |
| vs. | JUDGMENT [138] |
| MODROCK PRODUCTIONS, LLC, *etc.*, *et al.*, | |
| Defendants. | |
| MODROCK PRODUCTIONS, LLC, *etc.*, | |
| Counterclaimant, | |
| vs. | |
| UNICHAPPELL MUSIC, INC., *etc.*, *et al.*, | |
| Counterdefendants. | |

# JUDGMENT

The Court having granted plaintiff and counter-defendant Unichappell Music, Inc., and counter-defendant Warner/Chappell Music, Inc., summary judgment on the counterclaims of defendant and counter-claimant Modrock Productions, LLC, having dismissed the remainder of Modrock Productions, LLC's counterclaims and having considered the Stipulation of Unichappell Music, Inc., Warner/Chappell Music, Inc., and Modrock Productions, LLC,

**IT IS ORDERED AND ADJUDGED** that:

1. Plaintiff and counter-defendant Unichappell Music, Inc., have and recover from defendant and counter-claimant Modrock Productions, LLC, statutory damages totaling $150,000, as follows:

    (a) $75,000 for willful infringement of the copyright in the musical composition titled *Sunny Afternoon*; and

    (b) $75,000 for willful infringement of the copyright in the musical composition titled *Dedicated Follower of Fashion*.

2. Defendant and counter-claimant Modrock Productions, LLC, take nothing by its counterclaims and that its counterclaims be dismissed on the merits.

3. This Judgment is subject to the terms of the Stipulation to Entry of Judgment entered into between the foregoing parties and filed in this action on June 6, 2016.

Dated: July 26, 2016

_____
The Honorable Dean D. Pregerson
United States District Judge

1